Ortiz, Demandante y Apelante, v. Silva et al., Demandados y Apelados.

Apelación procedente de la Corte de Distrito de Ponce, sobre costas en pleito de *injunction* para recobrar la posesión material de propiedad inmueble.

No. 2101.—Resuelto en abril 29, 1920.

Desestimación de Apelación—Exposición del Caso.—La falta de exposición del caso no es motivo bastante para desestimar una apelación.

Costas Civiles—Injunction para Recobrar la Posesión.—Una sentencia que no impone las costas a la parte contra la cual se dicta en un procedimiento de *injunction* para recobrar la posesión de bienes inmuebles, es errónea, pues infringe la sección 5 de la Ley No. 43 de marzo 13, 1913.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. L. Montalvo Guenard.*

Abogados de los apelados: *Sres. Benet y Souffront.*

El Juez Presidente Sr. Hernández, emitió la opinión del tribunal.

Ante la Corte de Distrito de Ponce el demandante Demetrio Ortiz Ramírez siguió procedimiento de *injunction* contra Agustín y Lino Silva, con arreglo a la Ley No. 43 aprobada en 13 de marzo de 1913, enmendada por la Ley No. 11 de 14 de noviembre de 1917, para recobrar la posesión de cierta finca rústica, y celebrado el juicio en que se practicaron pruebas, dicha corte dictó sentencia en 22 de julio de 1919 declarando con lugar el *injunction* solicitado sin especial condenación de costas.

Contra esa sentencia, en cuanto ha sido pronunciada sin especial condenación de costas, interpuso el demandante recurso de apelación para ante esta Corte Suprema.

No ha venido en la transcripción de autos exposición del

caso y por esa razón solicitó la representación de la parte apelada que fuera desestimado el recurso; pero como ya hemos resuelto distintas veces que la falta de exposición del caso no es causa legal para desestimar una apelación, no puede prosperar la moción de desestimación.

Examinando el legajo de la sentencia encontramos que ella infringe abiertamente la sección 5a de la Ley No. 43 ya citada de 13 de marzo de 1913, cuya sección 5 a dice así:

"Sección 5a.—La corte dictará sentencia sin demora indebida. Se impondrán las costas a la parte contra la cual se dictare la sentencia."

La ley es clara y no necesita ser interpretada.

Habiéndose dictado sentencia contra los demandados debieron imponérseles las costas por precepto imperativo de la ley, y procede por tanto la revocación de dicha sentencia en la parte en que ha sido apelada por el demandante.

> *Revocada la sentencia apelada por el demandante, imponiéndose las costas a los demandados.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro, Aldrey y Hutchison.